This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LOS ALAMOS NATIONAL BANK,**

Plaintiff-Appellee,

v.                                   NO. 34,342

**ESTATE OF WAYNE M. JOHNSON, DECEASED; UNKNOWN HEIRS, DEVISEES AND LEGATEES OF WAYNE M. JOHNSON, DECEASED; ESTATE OF LUCILLE G. JOHNSON, DECEASED; UNKNOWN HEIRS, DEVISEES AND LEGATEES ESTATE OF LUCILLE G. JOHNSON, DECEASED; CURTIS JAY LOMBARDI; JOHN DOE AND JANE DOE (TRUE NAMES UNKNOWN), TENANTS, IF ANY,**

Defendants,

**v.**

**CHRIS LOMBARDI,**

Defendant-in-Invention-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nan G. Nash, District Judge**

Hinkle Shanor LLP
Nancy S. Cusack
Albert Pitts

Santa Fe, NM

for Appellee

Chris Lombardi
Albuquerque, NM

Pro Se Appellant

## MEMORANDUM OPINION

**ZAMORA, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED.**

{2}    **IT IS SO ORDERED.**

_____
**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____
**TIMOTHY L. GARCIA, Judge**

2